UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Brenda K. Taite,
      Plaintiff

      v.                                    Civil No. 08-cv-258-SM

James B. Peake, Secretary,
Department of Veterans Affairs,
      Defendant


**NOTICE OF RULING**


Re:  (Document No. 10) The Secretary of Veteran Affairs'
     Objection to Plaintiff's Motion to Amend Her Complaint


      **Ruling**:  The Magistrate Judge properly granted plaintiff's motion to amend her complaint and properly concluded that the amended complaint is the controlling pleading.  I decline to treat the objection to plaintiff's motion to amend her complaint as a "motion to dismiss."  That is, the Magistrate Judge's construction to that effect is not accepted.  If defendant wishes to file a motion to dismiss the amended complaint, he must do so via a properly captioned pleading and focused argument. Otherwise, the docket will quickly become indecipherable.


Entered by:  Steven J. McAuliffe, Chief Judge


Date:  February 19, 2009


cc:   Brenda K. Taite, pro se
      Seth R. Aframe, Esq.